UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JONES | CIVIL ACTION NO. 05-596-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR |
| LOUISIANA STATE PENITENTIARY | MAGISTRATE JUDGE HORNSBY |

**ORDER**

Before the Court is the Report and Recommendation issued on August 2, 2005 [Doc. No. 10]. Plaintiff timely filed his written objections as well as some of the required documents necessary to prove his exhaustion of remedies. Plaintiff has previously been provided in opportunity to file such information. [Doc. No. 7]. However, the Court will grant the plaintiff additional time to file the remaining documentation, including the decision of the Second Circuit Court of Appeal. Plaintiff must file all necessary information on or before **Friday, September 30, 2005.**

**IT IS SO ORDERED**.

Shreveport, Louisiana, August 23, 2005.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE